**Exhibit A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re                                              :    Chapter 11
                                                   :
WP Steel Venture LLC, et al.,[1]                   :    Case No. 12-11661 (KJC)
                                                   :
Debtors.                                           :    (Jointly Administered)
---------------------------------------------------------x    Re: D.I. 1653, 1997

### ORDER PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 9006 AND 9027 FURTHER EXTENDING DEBTORS' TIME FOR REMOVAL OF PREPETITION NON-BANKRUPTCY ACTIONS

Upon the motion (the "Motion") of the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") for an order, pursuant to section 105(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 9006 and 9027 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), further extending the Debtors' time for removal of prepetition nonbankruptcy actions (the "Actions"), as more fully set forth in the Motion; and the Court having subject matter jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion having been provided in accordance with the Motion; and it appearing that no other or further notice is required; and the Court having found that the relief sought in the Motion is in the best interests of the Debtors, their estates, and creditors; and after due deliberation and sufficient cause appearing therefor, it is hereby

---

[1] If applicable, the last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) WP Steel Venture LLC (7095); (ii) Metal Centers LLC; (iii) RG Steel, LLC (1806); (iv) RG Steel Railroad Holding, LLC (4154); (v) RG Steel Sparrows Point, LLC (3633); (vi) RG Steel Warren, LLC (0253); (vii) RG Steel Wheeling, LLC (3273); and (viii) RG Steel Wheeling Steel Group, LLC (9927). The Debtors' mailing address is P.O. Box 1847, Bel Air, Maryland 21014.

1211661130111000000000012

ORDERED, ADJUDGED, AND DECREED that:

1. The Motion is granted to the extent provided herein.

2. All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

3. The period during which the Debtors may file a notice of removal with respect to the Actions is further extended until the later of: (a) April 26, 2013, and (b) 30 days after the entry of an order terminating the automatic stay with respect to the particular Action sought to be removed.

4. The extension granted by this Order is without prejudice to the Debtors' right to seek further extensions of time to remove the Actions upon application to this Court.

5. Nothing in this Order shall be construed as modifying or terminating any stay applicable to any act, action, or proceeding pursuant to section 362 of the Bankruptcy Code, or any order entered by this Court pursuant to section 105 of the Bankruptcy Code.

6. This Court shall retain jurisdiction over any matters related to or arising from the implementation of this Order.

Dated: Wilmington, Delaware
_____, 2013

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

6873637.1

- 2 -